

| Online ACCESS Main Menu | Contact Us | Land Records | Maps | Civil Suits | Criminal Records | Pending Criminal Inquiry | Marriage Licenses | Order History | Your cart contains 0 document(s) | Log Out - bburst@leakeandersson.com |
|---|---|---|---|---|---|---|---|---|---|---|

**Ascension Civil Suits Search** - **Suits List** - Suit 125718 Detail

**Title:**    ROUSSEL, RYAN M vs PENNINGTON, HARRY LEE III   **Judge:**     KLIEBERT, HONORABLE THOMAS J JR

**Cause:** DAMAGES                                      **Date Filed:** 05/30/2019

**View Minutes**

| Part# | Name | Attorney |
|---|---|---|
| P001 | ROUSSEL, RYAN M | ACOSTA, TOMY J |
| D001 | PENNINGTON, HARRY LEE III | UNASSIGNED, |
| D002 | ABC INSURANCE COMPANY | UNASSIGNED, |
| D003 | UNITED NATURAL FOODS INC | UNASSIGNED, |
| D004 | ACE AMERICAN INSURANCE COMPANY | UNASSIGNED, |
| D005 | GEICO CASUALTY COMPANY | UNASSIGNED, |

| Description | Date Filed | Attorney | Image |
|---|---|---|---|
| CITATION (LONG ARM) | 06/04/2019 | | View (2 pages) |
| CITATION AND RETURN | 06/04/2019 | | View (2 pages) |
| JAMIS FORM | 06/04/2019 | | |
| JUDICIAL COLLEGE FUND | 06/04/2019 | | |
| COURTHOUSE BUILDING FUND | 06/04/2019 | | |
| COURTHOUSE BUILDING FUND | 06/04/2019 | | |
| COURTHOUSE BUILDING FUND | 06/04/2019 | | |
| COURTHOUSE BUILDING FUND | 06/04/2019 | | |
| COURTHOUSE BUILDING FUND | 06/04/2019 | | |
| ALLOT B | 06/04/2019 | | |
| CONFORMED COPY | 06/04/2019 | | |
| INDEXING | 06/04/2019 | | |
| CERTIFIED COPY | 06/04/2019 | | |
| ACE AMERICAN INSURANCE COMPANY | 06/04/2019 | | |
| GEICO CASUALTY COMPANY | 06/04/2019 | | |
| HARRY LEE PENNINGTON III | 06/04/2019 | | |
| UNITED NATURAL FOODS INC UNDER | 06/04/2019 | | |
| INITIALIZATION FEE | 06/04/2019 | | |
| ACE AMERICAN INSURANCE COMPANY | 06/04/2019 | | |
| GEICO CASUALTY COMPANY | 06/04/2019 | | |
| CIVIL CASE REPORT/SUP CRT | 06/04/2019 | | View (1 pages) |
| PAY-SUPREME CRT/REPORT | 06/04/2019 | | |

| STATE TREASURER | 06/04/2019 | |
| 23RD JDC JUDGES | 06/04/2019 | |
| PET DAMAGES | 06/04/2019 | **View (5 pages)** |
| FAX PET DAMAGES | 06/04/2019 | **View (5 pages)** |
| DEP FRED R DEFRANCESCH | 06/04/2019 | |
| POSTAGE | 06/06/2019 | |

## CITATION
### (LONG ARM LSA R.S. 13:3201 et seq.)

RYAN M ROUSSEL

23RD JUDICIAL DISTRICT COURT

VERSUS

PARISH OF ASCENSION

HARRY LEE PENNINGTON III et al

STATE OF LOUISIANA

DOCKET NUMBER: 00125718B

TO:    HARRY LEE PENNINGTON III
       UNDER THE LOUISIANA LONG ARM STATURE
       217 BLYTHE CREEK DRIVE
       BLYTHEWOOD, SC.  29016

**YOU HAVE BEEN SUED.**

Attached to this citation is a certified copy of the petition*.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq. OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney ACOSTA, TOMY J and was issued by the Clerk of Court on the 4TH day of JUNE, 2019.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

*****************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*****************************************************************************

**CITATION**
(LONG ARM LSA R.S. 13:3201 et seq.)

RYAN M ROUSSEL

VERSUS

HARRY LEE PENNINGTON III et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00125718B

TO:    UNITED NATURAL FOODS INC UNDER THE LOUISIANA LONG ARM STATUTE
THROUGH THEIR REGISTERED AGENT CT CORPORATION SYSTEM
150 W MARKET STREET SUIT 800
INDIANAPOLIS, IN. 46204

YOU HAVE BEEN SUED.

    Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

    You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq. OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

    If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney ACOSTA, TOMY J and was issued by the Clerk of Court on the 4TH day of JUNE, 2019.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

*****************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*****************************************************************************

0024

# CITATION

RYAN M ROUSSEL

VERSUS

HARRY LEE PENNINGTON III et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00125718B

SERVE: ACE AMERICAN INSURANCE COMPANY
      THROUGH THEIR REGISTERED AGENT LOUISIANA SECRETARY OF STATE
      8585 ARCHIVES AVENUE
      BATON ROUGE, LA. 70809

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney ACOSTA, TOMY J and was
issued by the Clerk of Court on the 4TH day of JUNE, 2019.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

***********************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
-----------------------------------------------------------------------

### SHERIFF'S RETURN

Received on the _____ day
of _____, 20 _____ served the above named party as follows: _____ day
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:_____            TIME SERVICE ATTEMPTED:_____AM/PM
___ PERSONAL
___ DOMICILIARY _____
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS)
___ NOT KNOWN AT THIS ADDRESS              ___ MOVED, ADDRESS UNKNOWN
___ POST OFFICE HAS NO ADDRESS             ___ UNABLE TO LOCATE
___ THIS ADDRESS NOT IN OUR PARISH         ___ DISTRICT ATTORNEY RECALLED
___ HOLD-REQUEST OF _____        ___ NOT SERVED IN TIME FOR
___ IN ARMED FORCES                            COURT DATE/PAST COURT
___ RECEIVED TOO LATE FOR SERVICE          ___ HOSPITALIZED/DECEASED
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____
                                                _____

RETURNED: PARISH OF _____ this _____ day of _____, 20 _____.

ERVICE:    $ _____
ILEAGE:    $ _____          BY: _____
OTAL:      $ _____              DEPUTY SHERIFF

0016

## CITATION

RYAN M ROUSSEL

VERSUS

HARRY LEE PENNINGTON III et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00125718B

SERVE: GEICO CASUALTY COMPANY
     THROUGH THEIR REGISTERED AGENT LOUISIANA SECRETARY OF STATE
     8585 ARCHIVES AVENUE
     BATON ROUGE, LA.  70809

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney ACOSTA, TOMY J and was
issued by the Clerk of Court on the 4TH day of JUNE, 2019.

_____
     Deputy Clerk of Court for
     Bridget Hanna, Clerk of Court

*****************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
*****************************************************************************
-----------------------------------------------------------------------------

### SHERIFF'S RETURN

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____    TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:_____   TIME SERVICE ATTEMPTED:_____AM/PM
____ PERSONAL
____ DOMICILIARY _____
____ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
____ MOVED (NEW ADDRESS)_____
____ NOT KNOWN AT THIS ADDRESS                ____ MOVED, ADDRESS UNKNOWN
____ POST OFFICE HAS NO ADDRESS               ____ UNABLE TO LOCATE
____ THIS ADDRESS NOT IN OUR PARISH           ____ DISTRICT ATTORNEY RECALLED
____ HOLD-REQUEST OF _____          ____ NOT SERVED IN TIME FOR
____ IN ARMED FORCES                               COURT DATE/PAST COURT
____ RECEIVED TOO LATE FOR SERVICE            ____ HOSPITALIZED/DECEASED
____ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ___ day of _____ , 20 ____ .

SERVICE:  $ _____
MILEAGE:  $ _____          BY: _____
TOTAL:    $ _____               DEPUTY SHERIFF

0019

23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION

STATE OF LOUISIANA

NO.

**DIVISION B**
DIVISION " "

125718

RYAN M. ROUSSEL

VERSUS

FAX FILED

MAY 30 2019

DY/CLERK OF COURT
ASCENSION PARISH

HARRY LEE PENNINGTON, III and his unknown insurance company
ABC INSURANCE COMPANY, UNITED NATURAL FOODS, INC. and their
insurance company ACE AMERICAN INSURANCE COMPANY and
GEICO CASUALTY COMPANY as the uninsured/underinsured
carrier for RYAN M. ROUSSEL

FILED:_____

_____
DEPUTY CLERK

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## PETITION FOR PERSONAL INJURIES AND DAMAGES

To the Honorable Twenty-Third Judicial District Court in and for the Parish of
Ascension, State of Louisiana, comes petitioner, RYAN M. ROUSSEL, who for the
purpose of petitioning this Honorable Court for personal injuries and damages, through
his undersigned counsel, who with all due respect for the court represents the following:

I.

Petitioner to this cause of action is Ryan M. Roussel, a person of the full age of
majority and domiciled in the Parish of St. Ascension, State of Louisiana.

II.

The defendants to this cause of action are:

HARRY LEE PENNINGTON, III, a person of the full age of majority and
domiciled in the State of South Carolina;

ABC INSURANCE COMPANY, an unknown insurance company authorized to do
and doing business in the State of Louisiana on July 18, 2018 and at all times material
herein is believed to have insured defendant, Harry Lee Pennington, III;

UNITED NATURAL FOODS, INC., a foreign corporation authorized to do and
doing business in the State of Louisiana on July 18, 2018 and at all times material herein
is believed to be the employer of defendant, Harry Lee Pennington, III

ACE AMERICAN INSURANCE COMPANY, an insurance company authorized to
do and doing business in the State of Louisiana on July 18, 2018 and at all times
material herein insured defendant, United Natural Foods, Inc.;

GEICO CASUALTY COMPANY, an insurance company authorized to do and doing business in the State of Louisiana on July 18, 2018 and at all times material herein provided uninsured/underinsured coverage to Ryan M. Roussel;

and for the following reasons are indebted individually, severally, jointly and in solido unto petitioner, Ryan M. Roussel.

III.

On or about July 18, 2018, petitioner, Ryan M. Roussel, was the operator of a 2012 Ford F150 and was traveling northbound in the far right lane on Airline Highway near its intersection with E. Cornerview Road within the Parish of Ascension, State of Louisiana. Defendant, Harry Lee Pennington, III, while in the course and scope of his employment, was operator of a 2016 Freightline Cascada owned by United Natural Foods, Inc. and was traveling southbound in the turning lane on Airline Highway near its intersection with E. Cornerview Road. Defendant, Pennington, failed to yield and proceeded to make a left turn near said intersection, when suddenly and without warning, he pulled his vehicle in front of petitioner's lane of travel causing petitioner to strike defendant's vehicle. As a result, petitioner sustained serious personal injuries and damages.

IV.

It is believed that ABC Insurance Company issued a policy of liability insurance covering Harry Lee Pennington, III, therefore said insurance company is a proper party defendant to this cause of action.

V.

Ace American Insurance Company issued a policy of liability insurance covering the 2016 Freightline Cascada and United Natural Foods, Inc., therefore said insurance company is a proper party defendant to this cause of action.

VI.

GEICO Casualty Company issued a policy of insurance providing uninsured/underinsured coverage to Ryan M. Roussel, therefore said insurance company is a proper party defendant to this cause of action.

VII.

The acts of fault, gross and wanton negligence and lack of skill by defendant, Harry Lee Pennington, III, which were the proximate cause of the collision and the

resulting injuries and damages to petitioner and the vehicle petitioner was operating were as follows:

a)   Failing to keep a proper lookout;

b)   Failing to have his/her vehicle under control as to keep it from striking petitioner's vehicle;

c)   Failing to apply the brakes properly on his/her vehicle so as to bring it to a stop before colliding with the petitioner's vehicle;

d)   Failing to exercise reasonable care under the circumstances prevailing at the time of the accident;

e)   Failing to take proper precautions to avoid the accident and alleged injuries;

f)   Failing to do any act by which the accident made the basis of this lawsuit could have been avoided;

g)   Failing to act as a reasonable and prudent person would act under the same or similar circumstances;

h)   Failing to be attentive to her surroundings and to act in a prudent and cautions manner for the protection of life and limb;

i)   Failing to see what could have been seen;

j)   Misuse and/or abuse of a motor vehicle;

k)   Creating a sudden emergency situation;

l)   Failing to properly maintain and inspect the vehicle that she was operating and operating a vehicle that she knew or should have known was unsafe and dangerous;

m)   Generally failing to exercise due care under the circumstances in operating a vehicle in a reckless and negligent manner without due regard for the safety of others;

n)   Such other acts and omissions as will be shown at the trial, all of which were in contravention of the exercise of due care, prudence and the laws of the Parish of Ascension, State of Louisiana.

VIII.

The acts, fault, gross and wanton negligence and lack of skill by defendant, United Natural Foods, Inc., which were the proximate cause of the collision and the resulting injuries and damages to petitioner and petitioner's vehicle were as follows:

a)   Allowing an individual to drive his/her vehicle who is not properly trained in technique and rules of driving;

b)   Allowing an individual to drive a vehicle who drives negligently, carelessly or recklessly;

c)   Any and all further acts of negligence of said defendant which may be revealed at the trial of this matter or between now and the trial;

d)   Generally failing to exercise due care under the circumstances in operating a vehicle in a reckless and negligent manner without due regard for the safety of others;

e)    Alternatively, under the doctrine of respondeat superior for the actions of its employees/agents.

## IX.

As a result of this accident, petitioner, Ryan M. Roussel, sustained cervical and lumbar spine sprain and full disability.  Also general damages, the full extent of which are unknown at this time.

## X.

Petitioner, Ryan M. Roussel, has suffered and/or will suffer:

a)    Past, present and future medical and medication expenses;

b)    Past, present and future lost wages and opportunity costs; and

c)    Past, present and future pain and suffering, and emotional distress.

## XI.

Petitioner named herein is entitled to recover from the defendants named herein jointly, severally and in solido, any and all damages commensurating with the claims asserted herein.

## XII.

Petitioner avers amicable demand but to no avail.

## XIII.

The nonpayment of property damage and/or rental.

## XIV.

Petitioner respectfully requests a written notice to (his/her) counsel ten days in advance of the date fixed for trial or hearing on any exception, motion, rule, or trial on the merits in this proceeding pursuant to Louisiana Code of Civil Procedure Article 1572 and plaintiff further requests pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914 immediate notice to (his/her) counsel of all interlocutory and final orders and judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, petitioner, Ryan M. Roussel, prays that the defendants be cited and that the citation and a certified copy of this petition be served on defendants; and that, after due proceedings had herein, that there be judgment in his favor and against the defendants, Harry Lee Pennington, III and his unknown insurance company, ABC

Insurance Company, United Natural Foods, Inc. and their insurance company Ace American Insurance Company and GEICO Casualty Company as the uninsured/underinsured carrier for Ryan M. Roussel, severally, jointly and in solido together with legal interest from the date of judicial demand until paid in full, for all costs of these proceedings and for any and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

Respectfully submitted,

BY: _____
TOMY J. ACOSTA (#30737)
DEAN T. DEFRANCESCH (#36779)
Physical address:
2810 W. Airline Highway
Laplace, Louisiana 70068
Mailing address:
Post Office Box 1566
Laplace, Louisiana 70069
Telephone: (985) 536-9700
Facsimile: (985) 536-9703

Attorneys for plaintiff

**PLEASE SERVE:**

HARRY LEE PENNINGTON, III
Under the Louisiana Long Arm Statute,
217 Blythe Creek Drive
Blythewood, South Carolina 29016

UNITED NATURAL FOODS, INC.
under the Louisiana Long Arm Statute,
through their registered agent,
CT Corporation System
150 W. Market Street, Suite 800
Indianapolis, Indiana 46204

ACE AMERICAN INSURANCE COMPANY
through their registered agent,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

GEICO CASUALTY COMPANY
through their registered agent,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

CLERK OF COURT

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized
representative, or by the self-represented litigant (if not represented by counsel) and submitted with the
original petition filed with the court. The information should be the best available at the time of filing.
This information does not constitute a discovery request, response or supplementation, and is not
admissible at trial.

ASCENSION

**Suit Caption:**

RYAN M. ROUSSEL          **vs.**  HARRY LEE PENNINGTON, III, ET AL

**Court:** 23rd Judicial District Court          **Docket Number:** _____

**Parish of Filing:** Ascension          **Filing Date:** May 30, 2019

**Name of Lead Petitioner's Attorney:** Tomy J. Acosta/Dean T. DeFrancesch

**Name of Self-Represented Litigant:** N/A

**Number of named petitioners:** 1          **Number of named defendants:** 4

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit
(no more than 3 categories should be checked):**

| | |
|---|---|
| ☑ Auto: Personal Injury | ☐ Auto: Property Damage |
| ☐ Auto: Wrongful Death | ☑ Auto: Uninsured Motorist |
| ☐ Asbestos: Property Damage | ☐ Asbestos: Personal Injury/Death |
| ☐ Product Liability | ☐ Premise Liability |
| ☐ Intentional Bodily Injury | ☐ Intentional Property Damage |
| ☐ Intentional Wrongful Death | ☐ Unfair Business Practice |
| ☐ Business Tort | ☐ Fraud |
| ☐ Defamation | ☐ Professional Negligence |
| ☐ Environmental Tort | ☐ Medical Malpractice |
| ☐ Intellectual Property | ☐ Toxic Tort |
| ☐ Legal Malpractice | ☐ Other Tort (describe below) |
| ☐ Other Professional Malpractice | ☐ Redhibition |
| ☐ Maritime | ☐ Class action (nature of case) |
| ☐ Wrongful Death | |
| ☐ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Auto accident; General and special damages

Following the completion of this form by counsel, counsel's representative, or by the self-represented
litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of
Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Tomy J. Acosta/Dean T. DeFrancesch   **Signature**

**Address** 2810 W. Airline Highway, Laplace, Louisiana 70068

**Phone number:** 985-536-9700          **E-mail address:** lawoffice70068@gmail.com

23RD JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION

STATE OF LOUISIANA

NO.

RYAN M. ROUSSEL

125918

VERSUS

DIVISION "

DIVISION B

HARRY LEE PENNINGTON, III and his unknown insurance company
ABC INSURANCE COMPANY, UNITED NATURAL FOODS, INC. and their
insurance company ACE AMERICAN INSURANCE COMPANY and
GEICO CASUALTY COMPANY as the uninsured/underinsured
carrier for RYAN M. ROUSSEL

FAX FILED

MAY 30 2019

FILED:_____

DEPUTY CLERK

CLERK OF COURT
ASCENSION PARISH

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### PETITION FOR PERSONAL INJURIES AND DAMAGES

To the Honorable Twenty-Third Judicial District Court in and for the Parish of Ascension, State of Louisiana, comes petitioner, RYAN M. ROUSSEL, who for the purpose of petitioning this Honorable Court for personal injuries and damages, through his undersigned counsel, who with all due respect for the court represents the following:

I.

Petitioner to this cause of action is Ryan M. Roussel, a person of the full age of majority and domiciled in the Parish of St. Ascension, State of Louisiana.

II.

The defendants to this cause of action are:

HARRY LEE PENNINGTON, III, a person of the full age of majority and domiciled in the State of South Carolina;

ABC INSURANCE COMPANY, an unknown insurance company authorized to do and doing business in the State of Louisiana on July 18, 2018 and at all times material herein is believed to have insured defendant, Harry Lee Pennington, III;

UNITED NATURAL FOODS, INC., a foreign corporation authorized to do and doing business in the State of Louisiana on July 18, 2018 and at all times material herein is believed to be the employer of defendant, Harry Lee Pennington, III

ACE AMERICAN INSURANCE COMPANY, an insurance company authorized to do and doing business in the State of Louisiana on July 18, 2018 and at all times material herein insured defendant, United Natural Foods, Inc.;

GEICO CASUALTY COMPANY, an insurance company authorized to do and doing business in the State of Louisiana on July 18, 2018 and at all times material herein provided uninsured/underinsured coverage to Ryan M. Roussel;

and for the following reasons are indebted individually, severally, jointly and in solido unto petitioner, Ryan M. Roussel.

III.

On or about July 18, 2018, petitioner, Ryan M. Roussel, was the operator of a 2012 Ford F150 and was traveling northbound in the far right lane on Airline Highway near its intersection with E. Cornerview Road within the Parish of Ascension, State of Louisiana. Defendant, Harry Lee Pennington, III, while in the course and scope of his employment, was operator of a 2016 Freightline Cascada owned by United Natural Foods, Inc. and was traveling southbound in the turning lane on Airline Highway near its intersection with E. Cornerview Road. Defendant, Pennington, failed to yield and proceeded to make a left turn near said intersection, when suddenly and without warning, he pulled his vehicle in front of petitioner's lane of travel causing petitioner to strike defendant's vehicle. As a result, petitioner sustained serious personal injuries and damages.

IV.

It is believed that ABC Insurance Company issued a policy of liability insurance covering Harry Lee Pennington, III, therefore said insurance company is a proper party defendant to this cause of action.

V.

Ace American Insurance Company issued a policy of liability insurance covering the 2016 Freightline Cascada and United Natural Foods, Inc., therefore said insurance company is a proper party defendant to this cause of action.

VI.

GEICO Casualty Company issued a policy of insurance providing uninsured/underinsured coverage to Ryan M. Roussel, therefore said insurance company is a proper party defendant to this cause of action.

VII.

The acts of fault, gross and wanton negligence and lack of skill by defendant, Harry Lee Pennington, III, which were the proximate cause of the collision and the

resulting injuries and damages to petitioner and the vehicle petitioner was operating were as follows:

a)    Failing to keep a proper lookout;

b)    Failing to have his/her vehicle under control as to keep it from striking petitioner's vehicle;

c)    Failing to apply the brakes properly on his/her vehicle so as to bring it to a stop before colliding with the petitioner's vehicle;

d)    Failing to exercise reasonable care under the circumstances prevailing at the time of the accident;

e)    Failing to take proper precautions to avoid the accident and alleged injuries;

f)    Failing to do any act by which the accident made the basis of this lawsuit could have been avoided;

g)    Failing to act as a reasonable and prudent person would act under the same or similar circumstances;

h)    Failing to be attentive to her surroundings and to act in a prudent and cautions manner for the protection of life and limb;

i)    Failing to see what could have been seen;

j)    Misuse and/or abuse of a motor vehicle;

k)    Creating a sudden emergency situation;

l)    Failing to properly maintain and inspect the vehicle that she was operating and operating a vehicle that she knew or should have known was unsafe and dangerous;

m)    Generally failing to exercise due care under the circumstances in operating a vehicle in a reckless and negligent manner without due regard for the safety of others;

n)    Such other acts and omissions as will be shown at the trial, all of which were in contravention of the exercise of due care, prudence and the laws of the Parish of Ascension, State of Louisiana.

VIII.

The acts, fault, gross and wanton negligence and lack of skill by defendant, United Natural Foods, Inc., which were the proximate cause of the collision and the resulting injuries and damages to petitioner and petitioner's vehicle were as follows:

a)    Allowing an individual to drive his/her vehicle who is not properly trained in technique and rules of driving;

b)    Allowing an individual to drive a vehicle who drives negligently, carelessly or recklessly;

c)    Any and all further acts of negligence of said defendant which may be revealed at the trial of this matter or between now and the trial;

d)    Generally failing to exercise due care under the circumstances in operating a vehicle in a reckless and negligent manner without due regard for the safety of others;

e)   Alternatively, under the doctrine of respondeat superior for the actions of
its employees/agents.

### IX.

As a result of this accident, petitioner, Ryan M. Roussel, sustained cervical and
lumbar spine sprain and full disability.  Also general damages, the full extent of which
are unknown at this time.

### X.

Petitioner, Ryan M. Roussel, has suffered and/or will suffer:

a)   Past, present and future medical and medication expenses;

b)   Past, present and future lost wages and opportunity costs; and

c)   Past, present and future pain and suffering, and emotional distress.

### XI.

Petitioner named herein is entitled to recover from the defendants named herein
jointly, severally and in solido, any and all damages commensurating with the claims
asserted herein.

### XII.

Petitioner avers amicable demand but to no avail.

### XIII.

The nonpayment of property damage and/or rental.

### XIV.

Petitioner respectfully requests a written notice to (his/her) counsel ten days in
advance of the date fixed for trial or hearing on any exception, motion, rule, or trial on
the merits in this proceeding pursuant to Louisiana Code of Civil Procedure Article 1572
and plaintiff further requests pursuant to Louisiana Code of Civil Procedure Articles 1913
and 1914 immediate notice to (his/her) counsel of all interlocutory and final orders and
judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, petitioner, Ryan M. Roussel, prays that the defendants be cited
and that the citation and a certified copy of this petition be served on defendants; and
that, after due proceedings had herein, that there be judgment in his favor and against
the defendants, Harry Lee Pennington, III and his unknown insurance company, ABC

Insurance Company, United Natural Foods, Inc. and their insurance company Ace American Insurance Company and GEICO Casualty Company as the uninsured/underinsured carrier for Ryan M. Roussel, severally, jointly and in solido together with legal interest from the date of judicial demand until paid in full, for all costs of these proceedings and for any and all other general and equitable relief as deemed necessary and proper by this Honorable Court.

Respectfully submitted,

BY: _____
TOMY J. ACOSTA (#29737)
DEAN T. DEFRANCESCH (#36779)
Physical address:
2810 W. Airline Highway
Laplace, Louisiana 70068
Mailing address:
Post Office Box 1566
Laplace, Louisiana 70069
Telephone: (985) 536-9700
Facsimile: (985) 536-9703

Attorneys for plaintiff

**PLEASE SERVE:**

HARRY LEE PENNINGTON, III
Under the Louisiana Long Arm Statute,
217 Blythe Creek Drive
Blythewood, South Carolina 29016

UNITED NATURAL FOODS, INC.
under the Louisiana Long Arm Statute,
through their registered agent,
CT Corporation System
150 W. Market Street, Suite 800
Indianapolis, Indiana 46204

ACE AMERICAN INSURANCE COMPANY
through their registered agent,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

GEICO CASUALTY COMPANY
through their registered agent,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809